*ney General Morison, Charles H. Weston, J. Roger Wollenberg* and *W. T. Kelley* for respondent.

No. 97. GOODLOE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles E. Ford* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 98. BAIRD *v.* GUARANTY TRUST Co., TRUSTEE, ET AL. Court of Appeals of New York. Certiorari denied. *Julius Levy* for petitioner. *Theodore Kiendl* for the Guaranty Trust Co.; *Orville W. Wood* for the Chase National Bank; *Bernard D. Fischman* for Klorfein; and *John B. Marsh* and *Edward E. Watts, Jr.* for the City Bank Farmers Trust Co., respondents.

No. 99. HUNTER ET AL. *v.* SHEPHERD ET AL. C. A. 7th Cir. Certiorari denied. *Richard E. Westbrooks* for petitioners. *Jack A. Williamson* and *Robert McCormick Adams* for Shepherd et al.; and *R. S. Outlaw* and *W. J. Milroy* for the Atchison, T. & S. F. R. Co., respondents.

No. 101. BLUM *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *George L. Weisbard* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 105. THORPE ET AL. *v.* LANDSTROM ET AL. C. A. 8th Cir. Certiorari denied. *Holton Davenport* for petitioners. *H. F. Fellows* for respondents.